# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JESSE LEE ARNOLD, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 09-0763-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 09-0002-WS |
| | : |
| Respondent. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 11, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 21st day of April, 2010.

   s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**